UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN F. ANDREWS, etc., and
VICKI ANDREWS, etc.,

    Plaintiffs,

v.                        Case No.3:12-cv-303-J-12JRK

LATITUDE 30 GROUP, LLC, etc., et al.,

    Defendants.

---

### ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal of Action against Defendant Thomas P. Bass Without Prejudice (Doc. 15), filed May 8, 2012.

The Court also notes that Plaintiffs' First Amended Complaint (Doc. 14), was filed May 7, 2012, and does not name Thomas P. Bass as a Defendant. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

    1.    That Defendant Thomas P. Bass is hereby dismissed from this action without prejudice; and

    2.    That Defendants' Motion to Dismiss (Doc. 8) is moot by virtue of the filing of Plaintiffs' First Amended Complaint (Doc. 14).

**DONE AND ORDERED** this __23rd__ day of May 2012.

*[Signature: Howell W. Melton]*
SENIOR U.S. DISTRICT JUDGE

c:    Counsel of Record